1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **RHONDA KLEV**                    )   Case No: CIV-11-863 GGH
                                      )
12                                    )
                                      )   **STIPULATION AND** ~~PROPOSED~~
13                                    )   **ORDER EXTENDING PLAINTIFF'S**
         **Plaintiff,**               )   **TIME TO FILE SUMMARY**
14                                    )   **JUDGEMENT MOTION**
   v.                                 )
15                                    )
   **MICHAEL J. ASTRUE**              )
16 **Commissioner of Social Security**)
   **of the United States of America,**)
17                                    )
         **Defendant.**               )
18                                    )
                                      )
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from September 26, 2011 to November

22 15, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing

23 schedule, and need to prioritize older cases.

24

25 / / / /

26 / / / /

27 / / / /

28

                                        1

1
2
3  Dated: September 26, 2011             */s/Bess M. Brewer*
                                        BESS M. BREWER
4                                       Attorney at Law

5                                       Attorney for Plaintiff

6
7
8  Dated: September 26, 2011             Benjamin B. Wagner

                                         United States Attorney
9
                                         /s/ Brenda Pullin
10                                       BRENDA PULLIN

11                                       Special Assistant United States Attorney
                                         Attorneys for Defendant
12
13                                          **ORDER**

14 APPROVED AND SO ORDERED.

15 DATED: September 29, 2011

16
17                                        /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE
18
   GGH:076/Klev0863.eot.wpd
19
20
21
22
23
24
25
26
27
28

2