1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4

5  Attorneys for Plaintiff

6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 **RHONDA KLEV**                      )   Case No: CIV-11-863 GGH
                                        )
12                                      )
                                        )   **STIPULATION AND** ~~PROPOSED~~
13                                      )   **ORDER EXTENDING PLAINTIFF'S**
          **Plaintiff,**                )   **TIME TO FILE SUMMARY**
14                                      )   **JUDGEMENT MOTION**
   **v.**                               )
15                                      )
   **MICHAEL J. ASTRUE**                )
16 **Commissioner of Social Security**  )
   **of the United States of America,** )
17                                      )
          **Defendant.**                )
18                                      )
   _____)
19

20      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that the

21 Plaintiff's time to file his summary judgment is hereby extended from September 26, 2011 to November

22 15, 2011. This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing

23 schedule, and need to prioritize older cases.

24

25 / / / /

26 / / / /

27 / / / /

28

                                        1

Dated: September 26, 2011             */s/Bess M. Brewer*
                                       BESS M. BREWER
                                       Attorney at Law

                                       Attorney for Plaintiff


Dated: September 26, 2011             Benjamin B. Wagner

                                       United States Attorney

                                       /s/ Brenda Pullin
                                       BRENDA PULLIN
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant


**ORDER**

APPROVED AND SO ORDERED.

DATED: September 29, 2011


                                        /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

GGH:076/Klev0863.eot.wpd

2