IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RHONDA KLEV,

        Plaintiff,                      CIV S-11-0863 GGH

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendants.              ORDER TO SHOW CAUSE

_____/

        Plaintiff filed her complaint on March 30, 2011; service was executed upon defendant on May 13, 2011. On August 11, 2011, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), and the September 30, 2011 order granting plaintiff's request for extension of time, plaintiff was required to file a motion for summary judgment and/or remand by November 15, 2011 (45 days after service of the answer and administrative transcript, plus seven additional weeks pursuant to the extension of time). Plaintiff has done neither, and has not communicated with this court since the filing of her complaint.

/////

1

1  ACCORDINGLY, plaintiff is ordered to show cause in writing within fourteen
2 days of the filed date of this order why this case should not be dismissed for lack of prosecution.
3 Failure to <u>timely</u> file the required writing will result in a dismissal of this case.
4 DATED: November 23, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

7 GGH:076/Klev0863.osc.wpd

2