```
BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
BRENDA M. PULLIN
Special Assistant United States Attorney
Social Security Administration
     333 Market Street, Suite 1500
     San Francisco, California  94105
     Telephone:  (415) 977-8975
     Facsimile:  (415) 744-0134
     E-Mail:Brenda.Pullin@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RHONDA KLEV,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant.<br>_____ | CASE NO. 2:11-CV-00863-GGH<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |

   The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a second extension of time of 30 days, nunc pro tunc, to file his cross-motion for summary judgment.

   The extension is being sought due to defendant's counsel's litigation workload during the past month combined with the length of the administrative record in this case. In addition, defendant's counsel inadvertently miscalendered the previous extension by a week. Unfortunately, reduced staffing makes reassignment of the case to another attorney an impossibility, as no other attorney is available to take on additional duties. Several senior attorneys have recently left the regional counsel's office and

1 | cannot be replaced due to the hiring freeze.

2 |     Given these constraints, the Commissioner respectfully requests 30 additional days in which to
3 | complete the Commissioner's cross-motion for summary judgment. The new due date will be March 9,
4 | 2012.

5 |     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                        Respectfully submitted,

Dated: February 16, 2012　　　　　　　　*/s/ Bess M. Brewer*
　　　　　　　　　　　　　　　　　　　　(As authorized via e-mail)
　　　　　　　　　　　　　　　　　　　　BESS M. BREWER
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: February 15, 2012　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Brenda M. Pullin*
　　　　　　　　　　　　　　　　　　　　BRENDA M. PULLIN
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney

IT IS SO ORDERED:

No further extensions.

Dated: February 21, 2012　　　/s/Gregory G. Hollows
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　United States Magistrate Judge