```
1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA CALVERT
   Acting Regional Chief Counsel, Region IX
3  BRENDA M. PULLIN
   Special Assistant United States Attorney
4  Social Security Administration

5       333 Market Street, Suite 1500
        San Francisco, California  94105
6       Telephone:  (415) 977-8975
        Facsimile:  (415) 744-0134
7       E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RHONDA KLEV, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 2:11-CV-00863-GGH<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION |

The parties hereby stipulate through counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a third extension of time of 30 days to file his cross-motion for summary judgment.

The extension is being sought due to defendant's counsel's heavy workload at this time, coupled with counsel's ongoing medical issues and the Regional Counsel's impending office move. Because of ongoing medical issues and recurrent medical leave, the undersigned defense counsel has been working from home for several months, and during this time has attempted to maintain a full caseload. Unfortunately, reduced staffing makes reassignment of this case to another attorney an impossibility, as no other attorney is available to take on additional duties; several senior attorneys have left the regional

counsel's office and cannot be replaced due to the hiring freeze.

In addition, the Social Security Regional Counsel's office is currently preparing for an office move during the latter part of March 2012, which preparations have taken more of counsel's time than projected. Although currently working from home, defendant's counsel is responsible for moving her own office, as well as helping to pack and move common office areas. Defendant's counsel also anticipates that, after the move, unpacking and technological setup/troubleshooting will require additional time before the office space is operational.

Given these constraints, the Commissioner respectfully requests 30 additional days in which to complete the Commissioner's cross-motion for summary judgment. The new due date will be April 9, 2012.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 10, 2012  /s/ Bess M. Brewer
(As authorized via e-mail)
BESS M. BREWER
Attorney for Plaintiff

Dated: March 10, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Brenda M. Pullin
BRENDA M. PULLIN
Special Assistant U.S. Attorney

IT IS SO ORDERED:

Dated: March 14, 2012

 /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE